[No. 16105-6-III.    Division Three.    December 30, 1997.]

SOLUTEC CORPORATION, INC., *Respondent*, v. STEVE
AGNEW, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 95-2-00234-9, Heather K. Van Nuys,
J., entered September 24, 1996. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Kurtz and Brown,
JJ.

[No. 16435-7-III.    Division Three.    December 30, 1997.]

*In the Matter of the Marriage of* MARVEL ALLEN,
*Appellant*, and PATRICK J. ZLATEFF, *Respondent*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 80-3-00342-0, Dennis D. Yule, J., entered
January 28, 1997. *Reversed* by unpublished opinion per
Schultheis, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 20330-8-II.    Division Two.    December 31, 1997.]

GREGORY L. GADD, ET AL., *Appellants*, v. THE STATE
OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 94-2-01181-0, Paula Casey, J., entered
December 22, 1995. *Affirmed in part and reversed in part*
by unpublished opinion per Hunt, J., concurred in by
Houghton, C.J., and Seinfeld, J.

[No. 20512-2-II.    Division Two.    December 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY L.
BOSTWICK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 96-1-00029-3, H. John Hall, J., entered March
20, 1996. *Affirmed* by unpublished opinion per Morgan, J.,
concurred in by Seinfeld and Armstrong, JJ.